

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19 MJ 04125 |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Felipe Gonzales-Alvarez | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District/Calif for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no known bail resources, apparent absconder

status for two years

(and)/or

B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: lengthy criminal history, apparently committed new crimes while on supervised release

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Sept. 27, 2019

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE